IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 10 2021

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Joseph Anthony Cruz    XXX-XX-2040, Plaintiff

v.

Detective James McKenzie,

Detective Marquez,

Adams County Detention Facility

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Joseph Anthony Cruz 168372, PO Box 600 Canon City Colo 81215
(Name, prisoner identification number, and complete mailing address)

Joe, Joey, Cruz
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: James Mckenzie Detective
(Name, job title, and complete mailing address)
150 North 19th Avenue PO Box 5001, Brighton Colo 80601

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Is the Detective of my sex Assault Cases

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

2

Defendant 2: __MR MARQUEZ DETECTIVE__
(Name, job title, and complete mailing address)

~~150 19TH AT~~ 150 NORTH 19TH Ave Brighton Colo 80601

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Detective in my Sex Assault Case.

Defendant 2 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_  42 U.S.C. § 1983 (state, county, and municipal defendants)

___  *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

_X_  Other: (*please identify*) __UNPROPER INVESTIGATION__

3

### D.  STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: __Improper Investigation / Failing to provide safe enviornment.__

Supporting facts:

4

D. STATEMENT OF CLAIMS

D. STATEMENT OF CLAIMS

pg 1

Detective Jame McKenzie: ⎫ Failed to provid A
Detective Mr Marquez: ⎭
Safe enviorment in which I Requested Admis Administrative Segregation Because I was continuously sexually assaulted while unaware and asleep. Was told that I needed evidence I was being assaulted to be segregated. Was then put in a seprate pod from inmate Joseph, A Black man. Was never asked to take a rape exame til the 2nd incident.

Had to say I was going to hurt myself to be moved from unit after claiming sexual assault. They did not gather eric physical evidence like trained to.

- I was isolated 2 days in mental heath when they Detective Jones McKenzie and Mr Marquez had me double celled with another imate after I

pg6

Claimed to Have Been Assaulted in my Sleep And Taken Advantage of Unaware.

- Begginning of August for 2nd Case, was Celled with inmate Andrew Baca who I expressed my issues who took Advantage of me 3 days into any being Celled with Him, Told me He Raped me while I was sleeping. Took A Shower And Smelled My Pants which had A Brown Stain In Butthole Area, Smelled like Feces when I took A Shower. Told Police And Provide evidence. Asked Again For Ad Segregation. They Said No Even Though I Had Physical evidence. The detectives Had me do A Sexual Assault exam at UC Heath Denver which I Complyed. I Provide DNA evidence And Awaiting Results. Andrew Baca was a Writ From Prison which He wasn't

PG3

D. STATEMENT OF CLAIMS

Supposed to even be on the unit I was on. WRIT from prison it states in the Adams County Rules Classification/Housing/Transfers number 9 letter G. Transferes into the <u>Writ Pod</u> will recieve no commisary no programs and no social visits, Any Department of Corrections inmates who are Colorado State Prison Designated can/will be <u>in 23 hour lockdown</u> at the request of CSP.

• I ~~had~~ was forced to tell my cell mate this private information because detectives failed to provide a <u>safe enviornment</u>. I told my ~~celly~~ cell mate thate my previouse cell mate to advantace of me sexually when I was asleep and asked him not to do the same that if I told him to do some thing to wake me up or tell me to get back in bed from 10:00 to 5:00 when we ate breakfast.

Pg 4

- Also I met with Detective Marquez the second time. James Mckenzie the first time. The third assault both Detectives at the same time.

- I requested medication to help, from a medical provider; Josh Kaufmann; to help me with decision making and sleep walking.

- Went through emotional and physical abuse. Doors on unit were connected and inmates would pass notes. I was soon labled a "Fag" for not being taken advantage of while asleep by many of my cell mates. Was labled a check-in and had to fight to stay on pod.

- Both Detetives sent me a third time to regular population where I was assaulted a third time by a David Wilder. Provided a SANE Exam.

- Told third celly everything about what was going on to keep from happening again. Three days later didnt feel right. Said I was going to harm myself to be removed from unit again. Wasnt planning on saying anything but I just felt really wrong. I went to mental health. Christina in Mental

PG 5

## D. STATEMENT OF CLAIMS

Heath asked me what was wrong. I told her I was just there to be segregated. I told her why when she asked. She told me she had to report criminal activity. Didn't want cell mate in trouble because he's a Jesus follower. Messed up thinking. Sueing for that as well. They sent me for my second SANE exam in Thornton I beleive. I denied most of the exam thinking the whole situation beligerent. Don't have sympathy for Andrew Baca because he was very hurtful about it all when he said he raped me while I was sleeping.

° They sent ~~the~~ David Wilder back to the cell. They failed to provid a proper investigation when not ~~a~~ taking DNA evidence from cell as in sheets and other things. In the end the pants I provided as evidence

I Beleive was Thrown Away. Evidence was Tossed That wasnt Supposed To Be. (All Claims Happened between July 2020 To September 2020.)

Im Suing Both Detectives Dames Mckenzie And MR Marquez For

Improper Investigation And ~~UNFIT~~ Failing To Provide Safe enviorment.
   Also ANY Thing else I can Come up with.

Im Suing Adams County detention ~~Court~~ Facility For Failing To Follow Rules And Rights of offenders. Concerning Number 9 Rule G WRIT offenders. Housing. Andrew Bach was A WRIT From ~~prison~~ prison PUT into my cell.

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

5

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

10 million Dollars for mental health and pain relief. Also physical pain from being taking advantage of sexually. And change of laws concerning rape allegation because of thier improper investigation techniques.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____  Joe Cave
(Plaintiff's signature)

_5-4-21_____
(Date)

(Form Revised December 2017)

## "G. Request for Relief"

New laws to protect from notes being passed from unit to unit. Case #'s to be accessible when asked for. Assault case #'s to be provided automatic legal council when concerning Sexual Assault victims. If asked to be segregated for good reason to keep self and others safe to do so especially Sex Assaulted victims.

- Reprimand both Detectives who were involved in my assault cases.

- Also 10,000,000. in punitive emotional, mental health and physical damage. Currently waiting DNA evidence from 2nd assault case.

# INFORMATION AND INSTRUCTIONS FOR FILING
# A PRISONER COMPLAINT

Attached are the forms you will need to file a Prisoner Complaint. All questions must be answered clearly and concisely in the appropriate space on the forms. Attach an additional page if you need extra space to answer a question, clearly identifying the question to which the additional page pertains. Absent prior order of the court, the total length of the Prisoner Complaint, including the form and all additional pages, may not exceed thirty pages. Pursuant to the Court's local rules, the Prisoner Complaint and all other papers must be typewritten or legibly handwritten, text shall be printed on only one side of each page, all documents must be filed on paper that measures 8.5 inches by 11 inches, and all papers shall include margins of 1.5 inches at the top and 1 inch at the left, right, and bottom.

You should exercise care to assure that all answers are true, correct, and complete. You are cautioned that any deliberately false statement of a material fact may serve as a basis for prosecution and conviction for perjury. You must sign each form. Further instructions for completing these forms are provided below.

**The Filing Fee and 28 U.S.C. § 1915**

1. Prisoners seeking leave to proceed under 28 U.S.C. § 1915 must comply with the following procedures. Section 1915(h) defines a "prisoner" as "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program."

2. The complaint must be accompanied by the full $350.00 filing fee plus an additional $50.00 administrative fee, for a total payment of $400.00. The fees may be paid in cash, by money order, by credit card, or by check payable to: Clerk, U.S. District Court. There are no fees for a jury demand, an answer, or other similar papers. A schedule of other fees charged by the Court is attacked to the Local Rules of Practice for the United States District Court for the District of Colorado. A copy of the Local Rules of Practice is available from the Clerk of the Court or from the Court's website.

3. If you want to commence an action without prepayment of fees or security, you must file a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915. You also must submit a signed authorization for disbursement of funds from your inmate trust fund account and a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each penal institutional at which you are or were confined during the six-month period. The Court cannot consider the merits of the claims asserted in any complaint filed without either the required filing fees paid in advance or a properly completed motion, affidavit, authorization, and certified copy of your trust fund account statement (or institutional equivalent).

(Rev. 8/24/15)

4.  If you are proceeding pursuant to 28 U.S.C. § 1915 and the motion, affidavit, and certified copy of your trust fund account statement (or institutional equivalent) are in proper form, you must pay the full $350.00 filing fee in monthly installments. *See* 28 U.S.C. § 1915(b)(1). The Court will enter an order directing your custodian to calculate and disburse funds from you inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b) until the full $350.00 filing fee is paid.

**The Complaint**

1.  Each named defendant must be listed in the caption of the complaint; one defendant per line. If there is more than one defendant, you should indicate clearly in the body of the complaint which actions are attributable to each defendant.

2.  You must provide the Court with an original complaint. You should keep a copy of the complaint for your own records. The Court will not provide a copy for you.

3.  When your complaint is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

>  Clerk of the Court
>  Alfred A. Arraj United States Courthouse
>  901 19th Street, Room A105
>  Denver, CO 80294-3589

4.  Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his, her, or its attorney, and the address to which it was mailed. Any document that fails to include a certificate of service may be disregarded by the Court or returned. An example of a certificate of service is:

>  I hereby certify that a copy of the foregoing pleading/document was mailed to
>  _____ (defendant(s) or counsel for defendant(s))
>  at _____ (address) on _____, 20\_\_\_\_.
>
>  _____
>  Plaintiff's Original Signature

5.  The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the Court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.

(Rev. 8/24/15)                                2